**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**

**Grand Jury Sworn in on October 30, 2025**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 26-cr-94 (JEB)** |
| **v.** | **GRAND JURY ORIGINAL** |
| **ARTEMIO JACOBO-MAGANA,** | **VIOLATIONS:** |
| **AARON JAMES LANDRY,** | **21 U.S.C. § 846** |
| **MATTHEW THOMAS KENT,** | **(Conspiracy to Distribute and Possess with the Intent to Distribute Five Hundred Grams or More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine, Fifty Grams or More of Methamphetamine (Actual), and a Mixture and Substance Containing a Detectable Amount of Gamma-Butyrolactone (GBL))** |
| **COLTON KEET HUTHSING,** | |
| **RENE ALEXANDER ACOSTA,** | |
| **JAVIER GOMEZ-FRANCO,** | |
| **JOSHUA GLEN TAYLOR,** | **18 U.S.C. § 1956(h)** |
| **ROBERT DAVID FITCH,** | **(Conspiracy to Launder Monetary Instruments)** |
| **MICHAEL ROBERT SPITZER,** | |
| **SCOTT PATRICK MORGAN, also known as "Scotty Rox,"** | **21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)** **(Unlawful Possession with the Intent to Distribute Fifty Grams or More of Methamphetamine (Actual))** |
| **KENNETH HAROLD ARCHER,** | |
| **JOSEPH MICHA MACIAS,** | **FORFEITURE** **18 U.S.C. § 982(a)(1), (b)(1)** **21 U.S.C. § 853(a), (p)** **28 U.S.C. § 2461(c)** |
| **JASON ANDREW FRASHER,** | |
| **RASSOUL AMALL MARTIN-WILSON, also known as "Duce" and "Deuce,"** | |
| **PETER ALLAN ROTHBERG,** | |
| **Defendants.** | |

# INDICTMENT

The Grand Jury charges that:

## COUNT ONE

Between on or about November 2022 to the Present, within the District of Columbia, the Eastern District of Virginia, the District of Maryland, the Central District of California, the Eastern District of Pennsylvania, the Southern District of New York, the Southern District of Florida, the Western District of Tennessee, and elsewhere, **ARTEMIO JACOBO-MAGANA, AARON JAMES LANDRY, MATTHEW THOMAS KENT, COLTON KEET HUTHSING, RENE ALEXANDER ACOSTA, JAVIER GOMEZ-FRANCO, JOSHUA GLEN TAYLOR, ROBERT DAVID FITCH, MICHAEL ROBERT SPITZER, SCOTT PATRICK MORGAN, also known as "Scotty Rox," KENNETH HAROLD ARCHER, JOSEPH MICHA MACIAS, JASON ANDREW FRASHER, RASSOUL MARTIN-WILSON, also known as "Deuce,"** and **PETER ALLAN ROTHBERG** did knowingly and willfully combine, conspire, confederate, and agree together and with other persons both known and unknown to the Grand Jury, to unlawfully, knowingly, and intentionally distribute and possess with intent to distribute five hundred grams or more of a mixture and substance containing a detectable amount of methamphetamine, fifty grams or more of methamphetamine (actual), a Schedule II narcotic drug controlled substance, and mixtures and substances containing a detectable amount of gamma-butyrolactone (GBL), a controlled substance analogue of gamma hydroxybutyric acid (GHB), as defined in Title 21, United States Code, Section 802(32), with intent for human consumption, as provided in Title 21, United States Code, Section 813, all in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii), (b)(1)(C), and 846.

Quantity of Narcotics Involved in the Conspiracy:

With respect to **ARTEMIO JACOBO-MAGANA, JOSEPH MICHA MACIAS, JASON ANDREW FRASHER,** and **RASSOUL AMALL MARTIN-WILSON, also known as "Deuce,"** their conduct as members of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved five hundred grams or more of a mixture and substance containing a detectable amount of methamphetamine and fifty grams or more of methamphetamine (actual), in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A)(viii).

With respect to **AARON JAMES LANDRY, MATTHEW THOMAS KENT, COLTON KEET HUTHSING, RENE ALEXANDER ACOSTA, JAVIER GOMEZ-FRANCO, JOSHUA GLEN TAYLOR, ROBERT DAVID FITCH, MICHAEL ROBERT SPITZER, SCOTT PATRICK MORGAN, also known as "Scotty Rox," KENNETH HAROLD ARCHER,** and **PETER ALLAN ROTHBERG**, their conduct as members of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved five hundred grams or more of a mixture and substance containing a detectable amount of methamphetamine, fifty grams or more of methamphetamine (actual), and mixtures and substances containing a detectable amount of GBL, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A)(viii), and (b)(1)(C).

**(Conspiracy to Distribute and Possess with Intent to Distribute Five Hundred Grams or More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine, Fifty Grams or More of Methamphetamine (Actual), and a Mixture and Substance Containing a Detectable Amount of Gamma-Butyrolactone (GBL)**, in violation of Title 21, United States Code, Section 846)

## COUNT TWO

Between on or about January 2024 and May 2025, **JAVIER GOMEZ-FRANCO, MICHAEL ROBERT SPITZER,** and **SCOTT PATRICK MORGAN, also known as "Scotty Rox,"** did knowingly and willfully combine, conspire, confederate, and agree together and with other persons, both known and unknown to the Grand Jury, within the District of Columbia, the District of Maryland, the Southern District of New York, and elsewhere, to commit offenses against the United States, to wit: knowingly conduct and attempt to conduct financial transactions affecting interstate commerce, which involved the proceeds of a specified unlawful activity, that is, conspiracy to distribute and possess with intent to distribute a mixture and substance containing methamphetamine, methamphetamine (actual), and a mixture and substance containing GBL, in violation of Title 21, United States Code, Section 846, as charged in Count One, knowing that the financial transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of a specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i), all in violation of Title 18, United States Code, Section 1956(h).

(**Conspiracy to Launder Monetary Instruments**, in violation of Title 18, United States Code, Section 1956(h))

## COUNT THREE

On or about June 13, 2024, within the District of Columbia, **MATTHEW THOMAS KENT**, did unlawfully, knowingly, and intentionally possess with intent to distribute fifty grams or more of methamphetamine (actual), a Schedule II narcotic drug controlled substance.

**(Unlawful Possession with Intent to Distribute Fifty Grams or More of Methamphetamine (Actual),** in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A)(viii))

**COUNT FOUR**

On or about April 23, 2025, within the District of Columbia, **MATTHEW THOMAS KENT**, did unlawfully, knowingly, and intentionally possess with intent to distribute fifty grams or more of methamphetamine (actual), a Schedule II narcotic drug controlled substance.

**(Unlawful Possession with Intent to Distribute Fifty Grams or More of Methamphetamine (Actual),** in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A)(viii))

**COUNT FIVE**

On or about July 9, 2025, within the District of Columbia, **MATTHEW THOMAS KENT** did unlawfully, knowingly, and intentionally possess with intent to distribute fifty grams or more of methamphetamine (actual), a Schedule II narcotic drug controlled substance.

**(Unlawful Possession with Intent to Distribute Fifty Grams or More of Methamphetamine (Actual),** in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A)(viii))

**COUNT SIX**

On or about June 4, 2026, within the District of Columbia, **JOSEPH MICHA MACIAS** did unlawfully, knowingly, and intentionally possess with intent to distribute fifty grams or more of methamphetamine (actual), a Schedule II narcotic drug controlled substance.

**(Unlawful Possession with Intent to Distribute Fifty Grams or More of Methamphetamine (Actual),** in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A)(viii))

**COUNT SEVEN**

On or about June 11, 2026, within the District of Columbia, **JOSEPH MICHA MACIAS** did unlawfully, knowingly, and intentionally possess with intent to distribute fifty grams or more of methamphetamine (actual), a Schedule II narcotic drug controlled substance.

(**Unlawful Possession with Intent to Distribute Fifty Grams or More of Methamphetamine (Actual)**, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A)(viii))

**COUNT EIGHT**

On or about June 30, 2026, within the District of Columbia, **JOSEPH MICHA MACIAS** and **JASON ANDREW FRASHER** did unlawfully, knowingly, and intentionally possess with intent to distribute fifty grams or more of methamphetamine (actual), a Schedule II narcotic drug controlled substance.

(**Unlawful Possession with Intent to Distribute Fifty Grams or More of Methamphetamine (Actual)**, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A)(viii))

**COUNT NINE**

On or about July 14, 2026, within the District of Columbia, **PETER ALLAN ROTHBERG** did unlawfully, knowingly, and intentionally possess with intent to distribute fifty grams or more of methamphetamine (actual), a Schedule II narcotic drug controlled substance.

(**Unlawful Possession with Intent to Distribute Fifty Grams or More of Methamphetamine (Actual)**, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A)(viii))

**COUNT TEN**

On or about July 24, 2026, within the District of Columbia, **JOSEPH MICHA MACIAS** did unlawfully, knowingly, and intentionally possess with intent to distribute fifty grams or more of methamphetamine (actual), a Schedule II narcotic drug controlled substance.

(**Unlawful Possession with Intent to Distribute Fifty Grams or More of Methamphetamine (Actual)**, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A)(viii))

**COUNT ELEVEN**

On or about August 17, 2026, within the District of Columbia, **JASON ANDREW FRASHER** did unlawfully, knowingly, and intentionally possess with intent to distribute fifty

grams or more of methamphetamine (actual), a Schedule II narcotic drug controlled substance.

**(Unlawful Possession with Intent to Distribute Fifty Grams or More of Methamphetamine (Actual)**, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A)(viii))

**COUNT TWELVE**

On or about August 27, 2026, within the District of Columbia, **JOSEPH MICHA MACIAS** did unlawfully, knowingly, and intentionally possess with intent to distribute fifty grams or more of methamphetamine (actual), a Schedule II narcotic drug controlled substance.

**(Unlawful Possession with Intent to Distribute Fifty Grams or More of Methamphetamine (Actual)**, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A)(viii))

**FORFEITURE ALLEGATION**

Upon conviction of the offenses alleged in Counts One or Three through Twelve of this Indictment, the defendants shall forfeit to the United States, pursuant to Title 21 United States Code, Section 853(a), any property constituting or derived from any proceeds obtained, directly or indirectly, as the result of these offenses; and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of these offenses.

Upon conviction of the offenses alleged in Count Two of this Indictment, the defendants shall forfeit to the United States any property, real or personal, involved in this offense, or any property traceable to such property, pursuant to Title 18, United States Code, Section 982(a)(1).

**MONEY JUDGMENT**

The United States will also seek a forfeiture money judgment against the defendants equal to the value of any property constituting or derived from any proceeds obtained, directly or indirectly, as the result of these offenses.

**SUBSTITUTE ASSETS**

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property that cannot be subdivided without difficulty;

the defendants shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 982(a)(l), (b)(1), Title 21, United States Code, Section 853(a), (p), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

FOREPERSON.

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By: ______________________
César S. Rivera-Giraud
Assistant United States Attorney
and Chief, Violent Crime & Narcotics Trafficking Section